UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| YANG SHEN and XIAOXIA YU, | **REQUEST FOR CERTIFICATE OF DEFAULT** |
| Plaintiffs, | |
| v. | |
| GJ GROUP USA INC. and ZEXIN JIANG, | Case No: 1:19-cv-02212 |
| Defendants. | |

-------------------------------------------------------------------x

Plaintiffs, YANG SHEN and XIAOXIA YU, by and through their attorney, The Harrison Law Firm P.C., hereby request entry of default of defendants, GJ GROUP USA INC. and ZEXIN JIANG, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Baya W. Harrison, Esq.

Dated: Flushing, New York
      June 14, 2019

                                  Respectfully submitted,
                                  **The Harrison Law Firm P.C.**

                                  By: *Baya W. Harrison*
                                  Baya W. Harrison, Esq. (5678610)
                                  The Harrison Law Firm P.C.
                                  38-08 Union Street, Suite 11A, Flushing, NY 11354
                                  Tel: (866) 943-2692 | Fax: (866) 943-2692
                                  Email: bwh@heboya.com
                                  Attorney for Plaintiffs

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019, the foregoing document and all attachments thereto were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"). The undersigned will serve paper copies via first-class mail to those parties indicated as non-registered participants.

                                        **The Harrison Law Firm P.C.**

                                        By: _Baya W. Harrison_
                                        Baya W. Harrison, Esq. (5678610)