UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| YANG SHEN and XIAOXIA YU, | **CERTIFICATE OF DEFAULT** |
| Plaintiffs, | |
| v. | Case No: 1:19-cv-02212 |
| GJ GROUP USA INC. and ZEXIN JIANG, | |
| Defendants. | |

-------------------------------------------------------------------x

I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants GJ GROUP USA INC. and ZEXIN JIANG have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendants GJ GROUP USA INC. and ZEXIN JIANG is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure..

Dated: _____, New York
_____, 2019

**DOUGLAS C. PALMER, Clerk of the Court**

By: _____
**Deputy Clerk**

1