UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

YANG SHEN and XIAOXIA YU,                                **CERTIFICATE OF DEFAULT**

                             Plaintiffs,                     Case No: 1:19-cv-02212(ERK)(JO)

   v.

GJ GROUP USA INC. and ZEXIN JIANG,

                             Defendants.
-------------------------------------------------------------------x

       I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant GJ GROUP USA INC. has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant GJ GROUP USA INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        August 12, 2019

                                                 **DOUGLAS C. PALMER, Clerk of the Court**

                                                 **By:** */s/Jalitza Poveda*
                                                       **Deputy Clerk**