UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

YANG SHEN and XIAOXIA YU,

                            Plaintiffs,

    v.

GJ GROUP USA INC. and ZEXIN JIANG,

                           Defendants.
----------------------------------------------------------------x

Case No: 1:19-cv-02212

**NOTICE OF PLAINTIFFS'
MOTION FOR DEFAULT
JUDGMENT**

      **PLEASE TAKE NOTICE** that upon the Declaration of Baya Harrison, the Declaration of Yang Shen, the Declaration of Xiaoxia Yu, the Memorandum of Law in Support of Plaintiffs' Motion for Default Judgment, and all prior proceedings had herein, Plaintiffs will make a motion before this Court to be held at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order:

      1.     Granting Plaintiffs' Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure; and

      2.     For such further relief as this Court may deem just and proper.

Dated: October 10, 2019
       Flushing, New York

Respectfully submitted,
**The Harrison Law Firm P.C.**

By: _Baya Harrison_
Baya W. Harrison, Esq. (5678610)
The Harrison Law Firm P.C.
38-08 Union Street, Suite 11A, Flushing, NY 11354
Tel: (866) 943-2692 | Fax: (866) 943-2692
Email: bwh@heboya.com
Attorney for Plaintiffs