# Activities Export

2019-10-11
19:14

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 2019-10-11 | 🕒 | Draft declarations and memorandum of law supporting Plaintiffs' motion for default judgment.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 2.50h | 250.00 | - | 625.00 |
| 2019-10-10 | 🕒 | Draft motion for default judgment and supporting declarations.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.60h | 250.00 | - | 400.00 |
| 2019-10-10 | 🕒 | Draft motion for default judgment.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.40h | 250.00 | - | 100.00 |
| 2019-10-10 | 🕒 | Draft Plaintiffs' Motion for Default Judgment and supporting affidavits and damages calculation.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 3.10h | 250.00 | - | 775.00 |
| 2019-10-02 | 🕒 | Draft motion for default judgment.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.30h | 250.00 | - | 75.00 |
| 2019-08-26 | 🕒 | Review entry of certificate of default against individual defendant.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-08-16 | 🕒 | Draft and submit request for certificate of default and proposed certificate of default against individual defendant.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.50h | 250.00 | - | 125.00 |
| | | | | | **41.90h**<br>0.0h | | **$0.00** | **$10,475.00**<br>41.9h |

# Activities Export

2019-10-11
19:14

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 2019-08-05 | ⏱ | Prepare request for certificate of default against defendant GJ Group USA Inc. and supporting affirmation.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.90h | 250.00 | - | 225.00 |
| 2019-07-31 | ⏱ | Communicate with client regarding timeline for requesting default against corporate defendant.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-07-29 | ⏱ | Review and file affidavit of service on GJ Group USA.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-07-09 | ⏱ | Review docket entry denying certificate of default; draft and file proposed summons to serve corporate defendant.<br>🟢 Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.20h | 250.00 | - | 50.00 |
| 2019-06-14 | ⏱ | Prepare and submit proposed summons based on individual defendant's newly-discovered residential address.<br>🟢 Billed invoice 7454 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-06-14 | ⏱ | Discuss additional efforts to obtain personal service on individual defendant with plaintiffs; locate individual defendant's home address.<br>🟢 Billed invoice 7454 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.20h | 250.00 | - | 50.00 |
| | | | | | **41.90h**<br>0.0h | | **$0.00** | **$10,475.00**<br>41.9h |

# Activities Export

2019-10-11 19:14

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 2019-06-14 | 🕐 | Finalize request for certificate of default and supporting affirmation.<br>🟢 Billed invoice 7454 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 2.00h | 250.00 | - | 500.00 |
| 2019-06-10 | 🕐 | Research effective date of service by serving authorized person at place of business and mailing to defendant.<br>🟢 Billed invoice 7454 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.60h | 250.00 | - | 150.00 |
| 2019-06-10 | 🕐 | Draft request for certificate of default, proposed certificate of default, and affirmation in support of certificate of default.<br>🟢 Billed invoice 7454 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.50h | 250.00 | - | 125.00 |
| 2019-06-09 | 🕐 | Prepare Motion for Clerk's Default.<br>🟢 Billed invoice 7454 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.80h | 250.00 | - | 200.00 |
| 2019-06-03 | 🕐 | Phone call from individual defendant, who first pretended to be an employee who wanted to sue his employer and asking to hire me, then asked to hire me to file his personal bankruptcy.<br>🟢 Billed invoice 7454 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.30h | 250.00 | - | 75.00 |
| 2019-05-16 | 🕐 | Discuss with client defendant's efforts to close company to avoid litigation and ensuing debt.<br>🟢 Billed invoice 7437 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| | | | | | **41.90h**<br>0.0h | | **$0.00** | **$10,475.00**<br>41.9h |

# Activities Export

2019-10-11
19:14

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 2019-05-14 | 🕒 | Obtain and file affidavits of service.<br>🟢 Billed invoice 7437 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.50h | 250.00 | - | 125.00 |
| 2019-05-08 | 🕒 | Review status of service of process on defendants and report to clients.<br>🟢 Billed invoice 7437 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-05-06 | 🕒 | Discuss status of efforts to serve defendants with process server.<br>🟢 Billed invoice 7437 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-04-30 | 🕒 | Confirm location for service of process and coordinate service efforts with process server.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.30h | 250.00 | - | 75.00 |
| 2019-04-30 | 🕒 | Discuss issue of locating defendant's restaurant with process server and client.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.30h | 250.00 | - | 75.00 |
| 2019-04-26 | 🕒 | Review status of efforts to serve process on defendants.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-04-22 | 🕒 | Respond to client inquiry about service of process and check status of efforts to serve process.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-04-15 | 🕒 | Finalize complaint for FLSA and NYLL violations.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 2.30h | 250.00 | - | 575.00 |
| | | | | | **41.90h**<br>0.0h | | **$0.00** | **$10,475.00**<br>41.9h |

# Activities Export

2019-10-11 19:14

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 2019-04-15 | 🕐 | Revise complaint for FLSA and NYLL violations.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.70h | 250.00 | - | 175.00 |
| 2019-04-14 | 🕐 | Draft complaint for FLSA and NYLL violations.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 2.50h | 250.00 | - | 625.00 |
| 2019-04-14 | 🕐 | Complete civil cover sheet and summons.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.50h | 250.00 | - | 125.00 |
| 2019-04-14 | 🕐 | Draft Statement of Claims section of Complaint.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 2.80h | 250.00 | - | 700.00 |
| 2019-04-14 | 🕐 | Draft Statement of Claims section of Complaint.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.90h | 250.00 | - | 225.00 |
| 2019-04-14 | 🕐 | Draft introduction and jurisdictional sections of Complaint.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.90h | 250.00 | - | 225.00 |
| 2019-04-14 | 🕐 | Draft Prayer for Relief section of Complaint.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.40h | 250.00 | - | 100.00 |
| 2019-04-14 | 🕐 | Draft statement of facts section of Complaint based on information provided by Plaintiffs.<br>🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.30h | 250.00 | - | 325.00 |
| | | | | | **41.90h**<br>0.0h | | **$0.00** | **$10,475.00**<br>41.9h |

# Activities Export

2019-10-11 19:14

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 2019-04-08 | ⏱ | Draft complaint for violations of FLSA and NYLL. <br> 🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu <br> 劳动纠纷 | Baya Harrison | 0.80h | 250.00 | - | 200.00 |
| 2019-04-07 | ⏱ | Draft complaint for violation of FLSA and NYLL. <br> 🟢 Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu <br> 劳动纠纷 | Baya Harrison | 1.70h | 250.00 | - | 425.00 |
| 2019-03-12 | ⏱ | Discuss defendant's communications with clients and defendant's efforts to locate clients' address. <br> 🟢 Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu <br> 劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-03-12 | ⏱ | Discuss with client status of case and benefit of allowing defendant time to locate a lawyer before initiating suit. <br> 🟢 Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu <br> 劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-03-08 | ⏱ | Received phone call from defendant, who spoke at length without interruption and failed to present a settlement solution other than closing his company and subsequently opening a new company in an attempt to avoid liability. <br> 🟢 Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu <br> 劳动纠纷 | Baya Harrison | 0.40h | 250.00 | - | 100.00 |
| 2019-03-06 | ⏱ | Discuss with clients results of communications with defendant. <br> 🟢 Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu <br> 劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
|  |  |  |  |  | **41.90h** <br> 0.0h |  | **$0.00** | **$10,475.00** <br> 41.9h |

# Activities Export

2019-10-11
19:14

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 2019-03-06 | 🕐 | Receive two phone calls from defendant. Discuss underlying issue, calculation of damages, and next steps with defendant.<br>🟢 Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.30h | 250.00 | - | 75.00 |
| 2019-03-05 | 🕐 | Finalize demand letter and send to defendants.<br>🟢 Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.30h | 250.00 | - | 75.00 |
| 2019-03-05 | 🕐 | Meet with clients in person to explain the calculation of damages, the drafting of the demand letter, and the litigation process.<br>🟢 Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.00h | 250.00 | - | 250.00 |
| 2019-03-05 | 🕐 | Prepare for meeting with clients to discuss rights under FLSA and NYLL and calculation of damages.<br>🟢 Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.20h | 250.00 | - | 50.00 |
| 2019-03-04 | 🕐 | Calculate plaintiffs' spread of hours damages and adjust demand letter accordingly.<br>🟢 Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.20h | 250.00 | - | 300.00 |
| 2019-03-03 | 🕐 | Review information provided by clients as to overtime worked by Ms. Yu and adjust demand calculation and demand letter accordingly.<br>🟢 Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.40h | 250.00 | - | 100.00 |
| | | | | | **41.90h**<br>0.0h | | **$0.00** | **$10,475.00**<br>41.9h |

# Activities Export

2019-10-11
19:14

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 2019-02-26 | ⏱ | Communicate with clients regarding calculation of overtime pay.<br>🟢 Billed invoice 7369 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.20h | 250.00 | - | 50.00 |
| 2019-02-23 | ⏱ | Update and revise demand letter based on data provided by client.<br>🟢 Billed invoice 7369 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.20h | 250.00 | - | 50.00 |
| 2019-02-23 | ⏱ | Communicate with clients and review clients' evidence to calculate amount of unpaid overtime wages.<br>🟢 Billed invoice 7369 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.80h | 250.00 | - | 450.00 |
| 2019-02-23 | ⏱ | Communicate with clients and review clients' evidence to calculate amount of unpaid wages。<br>🟢 Billed invoice 7369 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.60h | 250.00 | - | 150.00 |
| 2019-02-23 | ⏱ | Review clients' evidence to calculate amount of unpaid wages.<br>🟢 Billed invoice 7369 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.30h | 250.00 | - | 325.00 |
| 2019-02-22 | ⏱ | Respond to client question regarding effect on case of individual defendant's sale of ownership of corporate defendant.<br>🟢 Billed invoice 7369 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| 2019-02-21 | ⏱ | Communicate with clients regarding details of dates and times worked and amount of unpaid wages. | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.10h | 250.00 | - | 25.00 |
| | | | | | **41.90h**<br>0.0h | | **$0.00** | **$10,475.00**<br>41.9h |

# Activities Export

2019-10-11
19:14

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🟢 Billed invoice 7369 | | | | | | |
| 2019-02-21 | 🕐 | Begin drafting demand letter to defendants.<br>🟢 Billed invoice 7369 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.00h | 250.00 | - | 250.00 |
| 2019-02-21 | 🕐 | Interview clients regarding details of unpaid wages and unpaid overtime wages to calculate defendants' potential liability.<br>🟢 Billed invoice 7369 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.00h | 250.00 | - | 250.00 |
| 2019-02-21 | 🕐 | Review chat records and pay records provided by clients.<br>🟢 Billed invoice 7369 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 0.80h | 250.00 | - | 200.00 |
| | | | | | **41.90h** | | **$0.00**<br>0.0h | **$10,475.00**<br>41.9h |

# Activities Export

2019-10-11
19:15

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 2019-08-20 | $ | Shipping for USPS shipment of request for certificate of default to two addresses:<br><br>Priority Mail® 1-Day<br>Flat Rate Envelope<br>9405 5036 9930 0089 1641 73<br>(Sequence Number 1 of 2)<br>Scheduled Delivery Date: 08/21/2019<br>Shipped to: ZEXIN JIANG<br>15718 QUINCE AVE<br>FLUSHING NY 11355<br><br>Priority Mail® 1-Day<br>Flat Rate Envelope<br>9405 5036 9930 0089 1641 80<br>(Sequence Number 2 of 2)<br>Scheduled Delivery Date: 08/21/2019<br>Shipped to: ZEXIN JINAG<br>GJ GROUP USA INC<br>13335 ROOSEVELT AVE<br>RM 26<br>FLUSHING NY 11354-5254<br><br>● Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.00 | 14.70 | - | 14.70 |
| 2019-07-11 | $ | Service of process on corporate defendant via Secretary of State.<br>● Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.00 | 120.00 | - | 120.00 |
| 2019-07-10 | $ | Service of process on Zexin Jiang at 157-18 Quince Ave., Flushing, NY 11355.<br>● Billed invoice 7552 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.00 | 109.00 | - | 109.00 |
| | | | | | | | $0.00<br>0.0h | $775.03<br>0.0h |

# Activities Export

2019-10-11
19:15

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 2019-04-18 | $ | Servable Legal Support Co. Service of Process Invoice #2444215<br>● Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.00 | 100.00 | - | 100.00 |
| 2019-04-15 | $ | Court filing fee - Eastern District of New York.<br>● Billed invoice 7409 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.00 | 400.00 | - | 400.00 |
| 2019-03-05 | $ | UPS Shipping for demand letter to corporate and individual defendants.<br>Tracking #: 1Z9352X34228420270<br>Tracking #: 1Z9352X34228423259<br>● Billed invoice 7396 | 03582-Yang Shen and Xiaoxia Yu<br>劳动纠纷 | Baya Harrison | 1.00 | 31.33 | - | 31.33 |
| | | | | | | | **$0.00**<br>0.0h | **$775.03**<br>0.0h |