UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

YANG SHEN and XIAOXIA YU,                                Case No: 1:19-cv-02212

                    Plaintiffs,                   **DEFAULT JUDGMENT**

   v.

GJ GROUP USA INC. and ZEXIN JIANG,

                    Defendants.
-------------------------------------------------------------------x

      This action having commenced on April 15, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant ZEXIN JIANG by serving an authorized person on May 1, 2019 and Defendant GJ GROUP USA INC. via the New York Secretary of State on July 12, 2019, and proof of service having been filed with the Court on May 14, 2019 and July 30, 2019, respectively, and Defendants not having answered the Complaint and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That Plaintiff YANG SHEN has judgment against Defendants on all causes of action, including compensatory damages in the amount of $22,372.00 and liquidated damages under the FLSA and NYLL in an amount no less than $20,081.00 on all causes of action, damages in the amount of $5,000.00 for failure to issue proper wage statements under the NYLL, and damages in the amount of $5,000.00 for failure to issue proper paystubs under the NYLL, and Plaintiff YANG SHEN has execution thereof;

      ORDERED, ADJUDGED AND DECREED: That Plaintiff XIAOXIA YU has judgment against Defendants on all causes of action, including compensatory damages in the amount of

$30,968.00 and liquidated damages under the FLSA and NYLL in an amount no less than $28,725.00 on all causes of action, damages in the amount of $5,000.00 for failure to issue proper wage statements under the NYLL, and damages in the amount of $5,000.00 for failure to issue proper paystubs under the NYLL, and Plaintiff XIAOXIA YU has execution thereof;

ORDERED, ADJUDGED AND DECREED: That both Plaintiffs have judgment against Defendants for attorneys' fees and disbursements in the sum of $11,250.03, post-judgment interest as provided by law, and any other relief the Court may deem appropriate, and the Plaintiffs have execution thereof.

Dated: Brooklyn, New York
_____, 2019         By: _____
                                             Hon. Edward R. Korman