UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

YANG SHEN and XIAOXIA YU,                    Case No: 1:19-cv-02212

                              Plaintiffs,        **DECLARATION OF**
  v.                                           **PLAINTIFF YANG SHEN**
GJ GROUP USA INC. and ZEXIN JIANG,

                              Defendants.
------------------------------------------------------------------x

STATE OF MASSACHUSETTS    )
                                  ) ss:
COUNTY OF WORCESTER       )

    Yang Shen, having been duly sworn, deposes and says:

    1.    I am a Plaintiff in the above-captioned case. I live in Worcester, Massachusetts. I make this declaration in support of my application for an Order granting me a default judgment against Defendants GJ GROUP USA INC. ("GJ GROUP") and ZEXIN JIANG ("JIANG") (collectively, the "Defendants"), granting me unpaid minimum wage, unpaid overtime compensation, unpaid spread of hours pay, liquidated damages, statutory damages, post judgment interest, attorney's fees, and costs.

    2.    I filed a complaint in this Court against my former employers, Defendants, because I was not paid proper minimum wage, overtime compensation, or spread of hours pay during the course of my employment.

    3.    I worked for Defendants from September 1, 2017 through May 30, 2018.

4.     Defendants operated a restaurant and meal delivery business at 133-35 Roosevelt Ave., Room 26, Flushing, NY 11354.

5.     I was employed as a meal shopper for Defendants.

6.     My primary work duties were purchasing meals and drinks to fulfill customers' orders.

7.     JIANG hired me to work for GJ GROUP. JIANG is the owner of GJ GROUP and was my manager and oversaw my day-to-day work. JIANG determined when, whether, and how much to pay me. JIANG terminated my employment on May 30, 2018.

8.     Defendants never provided me with a written time of hire notice in English or Mandarin Chinese (my primary language) reflecting my true rates of pay and payday.

9.     While working for Defendants, I regularly worked 5 days per week.

10.    I worked 14 hours per day each workday.

11.    I worked at least 70 hours per week, but Defendants never paid me any overtime wages.

12.    I was paid a base salary of $120.00 per day in cash, regardless of my actual hours worked.

13.    I worked my normal hours for Defendants from March 19, 2018 through April 15, 2018, but I was never paid any amount for that time.

14.    Defendants never provided me with paystubs that listed my name, the employer's name, the employer's address and telephone number, my rate or rates of pay, any deductions

made from my wages, any allowances claimed as part of the minimum wage, and my gross and net wages for each pay day.

15. I worked over 10 hours per day almost every workday, but Defendants never paid me any spread-of-hours pay.

16. A true and accurate copy of a spreadsheet calculating my damages is annexed hereto as **Exhibit A**.

17. I have summarized the amounts of my damages as follows:

| Category | Amount | Reference |
| --- | --- | --- |
| Unpaid wages | $4,800 | Exhibit A, Table 1 |
| Unpaid overtime wages | $52,650 | Exhibit A, Table 2 |
| Unpaid spread of hours pay | $2,243 | Exhibit A, Table 3 |
| Failure to provide time of hire notice | $5,000 | |
| Failure to provide pay stubs | $5,000 | |
| **Total** | **$69,693** | |

18. Defendants have never paid me any of the amounts summarized above or in Exhibit A.

19. I respectfully request that the Court enter judgment in my favor for a total of $69,693.00 plus post-judgment interest.

20. I also make this declaration for attorney's fees. I retained the Harrison Law Firm on February 21, 2019. My attorney's declaration is attached.

WHEREFORE, I respectfully request that my application be granted in its entirety, along with such other and further relief as this Court deems just and proper.

Dated: ~~October~~ Nov. 21 , 2019
Worcester, Massachusetts

/s/ Yang Shen
Yang Shen

## DECLARATION OF YANG SHEN

I, Yang Shen, certify that I fully understand and swear to as true the contents of the document entitled Declaration of Yang Shen.

Dated: ~~October~~ Nov. 21, 2019
Worcester, Massachusetts

/s/ Yang Shen
Yang Shen

Sworn to before me this 21 day of ~~October~~ Nov., 2019.

_____
Notary Public

[Notary stamp: Parent, NOTARY PUBLIC, Commonwealth of Massachusetts, My Commission Expires Oct. 15, 2021]

On this 21 day of NOV. 20 19 before me, the undersigned notary public, personally appeared YANG SHEN and proved to me through satisfactory evidence of identification which were PASSPORT to be the person whose name is signed on the proceeding or attached document, in my presence.

_____

## AFFIRMATION OF TRANSLATION

I, Baya W. Harrison, certify that I am fluent in both Mandarin Chinese and English and that I have correctly and accurately translated this document from English to Mandarin Chinese and that the Plaintiff, Yang Shen, has assured me that he understands this document.

Dated: ~~October~~ Nov. 21, 2019
Flushing, New York

/s/ Baya Harrison
Baya Harrison

Shen et al. v. GJ Group USA Inc. et al.
1:19-cv-02212
Declaration of Plaintiff Yang Shen

Page 5 of 7

### Exhibit A: Calculation of Yang Shen's Damages

| Table 1. Unpaid Wages | | |
|---|---|---|
| a | Unpaid Wages Start Date | March 19, 2018 |
| b | Unpaid Wages End Date | April 15, 2018 |
| c | Hours per day | 14 |
| d | Days per week | 5 |
| e | Wages per day | $120 |
| f = b - a (workdays only) | Unpaid work days | 20 |
| g = f * e | Subtotal of unpaid wages | $2,400 |
| h = g | FLSA & NYLL statutory penalty | $2,400 |
| i = g + h | **Total unpaid wages** | **$4,800** |

| Table 2. Unpaid Overtime Wages | | |
|---|---|---|
| a | Employment Start Date | September 1, 2017 |
| b | Employment Termination Date | May 30, 2018 |
| c | Hours per day | 14 |
| d | Days per week | 5 |
| e | Wages per day | $120 |
| f = c * d | Hours per week | 70 |
| g = f - 40 | Overtime hours per week | 30 |
| h = b - a | Total weeks | 39 |

| i = h * g | Total overtime hours | 1,170 |
|---|---|---|
| j = e/8 | Hourly wage | $15 |
| k | Overtime rate of pay | 1.5 |
| l = j * k | Overtime wage per overtime hour | $22.50 |
| m = l * i | Overtime subtotal | $26,325 |
| n = m | FLSA & NYLL statutory penalty | $26,325 |
| o = m + n | **Total unpaid overtime wages** | **$52,650** |

| | **Table 3. Unpaid Spread of Hours Pay** | |
|---|---|---|
| a | Employment Start Date | September 1, 2017 |
| b | Employment Termination Date | May 30, 2018 |
| c | Hours per day | 14 |
| d | Days per week | 5 |
| e = b - a (workdays only) | Total spread of hours days | 195 |
| f | Spread of hours days before 12/31/2017 | 81 |
| g | Spread of hours days after 12/31/2017 | 104 |
| h | Minimum wage after 12/31/16 | $11.00 |
| i | Minimum wage after 12/31/17 | $13.00 |
| j = h * f | Spread of hours pay before 12/31/2017 | $891.00 |
| k = i * g | Spread of hours pay after 12/31/2017 | $1,352.00 |
| l = j + k | **Total unpaid spread of hours pay** | **$2,243.00** |